■ In the Matter of Jean St. Val, Appellant, v City of New York Department of Housing Preservation and Development et al., Respondents.—Appeal by the petitioner

from a judgment of the Supreme Court, Kings County (Hurowitz, J.), dated June 25, 1990.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Hurowitz at the Supreme Court. Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.